No. 12–6853.  TUCKER ET VIR *v.* TIFT COUNTY HOSPITAL AUTHORITY ET AL.  Ct. App. Ga.;
No. 12–6879.  KISKILA ET UX. *v.* UNITED STATES.  C. A. 9th Cir.;
No. 12–6920.  ROBERTSON *v.* CREE, INC.  C. A. 4th Cir.; and
No. 12–7201.  CHALASANI *v.* DAINES ET AL.  C. A. 2d Cir. Motions of petitioners for leave to proceed *in forma pauperis* denied.  Petitioners are allowed until January 28, 2013, within which to pay the docketing fees required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.

No. 12–7482.  IN RE BALZAROTTI;
No. 12–7604.  IN RE MILLIS; and
No. 12–7608.  IN RE PATTERSON.  Petitions for writs of habeas corpus denied.

No. 12–7391.  IN RE WEST.  Motion of petitioner for leave to proceed *in forma pauperis* denied, and petition for writ of habeas corpus dismissed.  See this Court's Rule 39.8.

No. 12–7621.  IN RE COCHRAN.  Petition for writ of habeas corpus denied.  JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 12–572.  IN RE DEL RIO;
No. 12–593.  IN RE LAW OFFICES OF JENNIFER S. GORMLEY, P. C., ET AL.;
No. 12–6555.  IN RE CALLOWAY;
No. 12–6726.  IN RE ENTLER;
No. 12–7017.  IN RE CHAPMAN;
No. 12–7018.  IN RE CURRIE;
No. 12–7223.  IN RE HILL; and
No. 12–7372.  IN RE VAKSMAN.  Petitions for writs of mandamus denied.

No. 12–6684.  IN RE SHOVE; and
No. 12–6733.  IN RE DUNBAR.  Motions of petitioners for leave to proceed *in forma pauperis* denied, and petitions for writs of mandamus dismissed.  See this Court's Rule 39.8.

No. 11–1154.  RETRACTABLE TECHNOLOGIES, INC., ET AL. *v.* BECTON, DICKINSON & CO.; and